UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RELIANT - WOODS GROVE, L.P.,

    Plaintiff,

  v.

KATLYN-NICOLE OF THE JOHNSON-FAMILY,

    Defendant.

Case No.  3:20-cv-08087-WHO

**ORDER REMANDING CASE**

Re: Dkt. No. 1

    In an order I issued on November 30, 2020, I explained that I appeared to lack subject matter jurisdiction over this state-law unlawful detainer case removed from state court.  Dkt. No. 4.  I ordered the defendant, Katlyn Johnson, to show cause within 14 days why the case should not be remanded for lack of subject matter jurisdiction; I warned that I would remand the case if Johnson did not show cause.  Johnson has not responded.  For the reasons explained in my prior order, which I incorporate here, I lack jurisdiction because the parties are not diverse, the action does not arise under federal law, and there is no other colorable basis for jurisdiction.  This case is REMANDED to the Superior Court of California, County of Contra Costa.

    **IT IS SO ORDERED.**

Dated: December 15, 2020

William H. Orrick
United States District Judge